IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Cameo N. Hollingsworth, | ) | Case No.:  6:22-cv-02068-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Prudential Insurance Company of America, | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order.  As soon as the closing papers have been properly executed, the parties will forward them over to the court.

                                        s/ M. Leila Louzri
                                        M. Leila Louzri, Esq.
                                        Federal Bar #:  12007
                                        **FOSTER LAW FIRM, LLC**
                                        PO Box 2123
                                        Greenville, SC 29602
                                        (864) 242-6200
                                        (864) 233-0290 (facsimile)
                                        E-mail:  llouzri@fosterfoster.com

Date: SEPTEMBER 6, 2022           Attorneys for Plaintiff